UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANETTE GONZALEZ,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),

    Defendants.

Case No. C08-93MJP

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against PLAINTIFF DANETTE GONZALEZ and on behalf of DEFENDANT in the amount of $3,587.19.

Dated this ___1st___ day of MAY, 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1